**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSE F. SANCHEZ-ANGELES,** | : | Civil No. 3:17-cv-2412 |
| | : | |
| **Petitioner** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| *et al.*, | : | |
| | : | |
| **Respondents** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

AND NOW, to wit, this 7th day of August 2019, upon consideration of the

Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and for the reasons set

forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §
   2241 is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

**BY THE COURT:**

**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**